IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NCR CORPORATION, | ) ) ) | |
| v. | ) ) | Civil No. 10-00093 RJL |
| FEDERAL DEPOSIT INSURANCE CORPORATION | ) ) ) ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff NCR Corporation and Defendant Federal Deposit Insurance Corporation, under Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that Plaintiff's claims against Defendant in this case shall be voluntarily dismissed with prejudice.

In witness whereof, the parties hereto, intending to be legally bound, through their respective counsel of record, have stipulated and agreed to the foregoing as of the 7th day of October, 2010.

Respectfully submitted,

_____
Jaime Walker Luse
TYDINGS & ROSENBERG LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202
(410) 752-9741
Fax: 410-727-5460
Counsel for Defendant
Federal Deposit Insurance Corp.

_____
Ashley M. Chan
Dylan J. Steinberg
Admitted *pro hac vice*
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 568-6200
Counsel for Plaintiff

Signed by Jaime W. Luse with permission of Matthew G. Kaiser

_____
Matthew G. Kaiser, Bar No. 486272
The Kaiser Law Firm PLLC
910 17th Street N.W.
Suite 800
Washington, D.C. 20006
(202) 640-2850
Counsel for Plaintiff

**So ordered:**

_____
**United States District Judge**

Date: _____, 2010